NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**In re: INTELLECTUAL VENTURES II LLC,**
*Appellant*

2016-1221

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2014-00631.

**ON MOTION**

**O R D E R**

Canon, Inc. moves unopposed to withdraw as appellee from this appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)  The revised official caption is reflected above.

(2)  No later than 14 days from the date of filing of this order, the Director of the United States Patent and Trademark Office is directed to inform this court whether she intends to intervene in this appeal.

(3)  The briefing schedule is stayed.

2                          IN RE: INTELLECTUAL VENTURES II LLC

                                                     FOR THE COURT

                                                 /s/ Daniel E. O'Toole
                                                 Daniel E. O'Toole
                                                 Clerk of Court

s31